No. 459. REPUBLIC OF FRANCE, COMPAGNIE FRANCO-INDO-CHINOISE AND ENGINEERING TIMBER COMPANY, LTD. *v.* FRENCH OVERSEAS CORPORATION, AS OWNER OF THE SCHOONER "MALCOLM BAXTER, JR." November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John M. Woolsey, Mark W. Maclay, Robert S. Erskine* and *Charles K. Carpenter* for petitioners. *Messrs. D. Roger Englar, T. Catesby Jones* and *James W. Ryan* for respondent.

---

No. 472. SOUTHERN PACIFIC COMPANY *v.* HILDUR HAGLUND, ADMINISTRATRIX, ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Wm. Denman* for petitioner. *Mr. Ira S. Lillick* for respondents.

---

No. 473. SOUTHERN PACIFIC COMPANY *v.* MOORE SHIPBUILDING COMPANY ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Wm. Denman* for petitioner. *Messrs. Ira S. Lillick* and *J. F. Sullivan* for respondents.

---

No. 496. THE CARTER OIL COMPANY ET AL. *v.* TAYLOR ELI ET AL. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Messrs. Chester I. Long, George E. Chamberlain, Peter Q. Nyce, James A. Veasey* and *George S. Ramsey* for petitioners. *Messrs. Daniel H. Linebaugh* and *Hall Pinson* for respondents.

---

No. 500. THOMAS J. CASEY *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the